IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ADAM SCOTT MITCHELL,** ) | Civil Action No. 7:12-cv-00226 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **SWVRJ AUTHORITY, et al.,** ) | By:   Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed in forma pauperis is **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered:  June 1, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge